UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal ~~Civil~~ Action No. 08-665 (PGS) |
| v. | |
| FREDERICK RUCCI | ORDER |
| Defendants. | |

This matter comes before the Court on Defendant's appeal from the judgment of conviction entered after trial by jury before the Honorable Patty Shwartz, U.S.M.J. The Defendant having received all transcripts of the trial, and for good cause having been shown,

IT IS on this 5th day of December, 2008;

**ORDERED** that Defendant/Appellant's brief in this matter be submitted by January 16, 2009; it is further

**ORDERED** that the Government's brief be submitted by February 16, 2009; it is further

**ORDERED** that Defendant/Appellant's reply brief must be submitted by March 2, 2009.

December 5, 2008

PETER G. SHERIDAN, U.S.D.J.