UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Action No. 08-665 (PGS) |
| v. | |
| FREDERICK RUCCI | **ORDER** |
| Defendants. | |

This matter comes before the Court on Defendant's appeal from the judgment of conviction entered after trial by jury before the Honorable Patty Shwartz, U.S.M.J. The Defendant having requested an extension of the briefing schedule, and for good cause having been shown,

IT IS on this 20th day of January, 2009;

**ORDERED** that Defendant/Appellant's brief in this matter be submitted by February 2, 2009; it is further

**ORDERED** that the Government's brief be submitted by March 2, 2009; it is further

**ORDERED** that Defendant/Appellant's reply brief must be submitted by March 9, 2009; and it is further

**ORDERED** that oral argument in this matter shall be held on March 17, 2009 at 10:00 a.m.

_____
PETER G. SHERIDAN, U.S.D.J.

January 20, 2009