**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

---

UNITED STATES OF AMERICA,    :

                 :      Criminal Action No.  08-665 (PGS)

                 :

           v.           :

                 :

FREDERICK RUCCI         :         **ORDER**

                 :

        Defendants.       :

---

        This matter comes before the Court on Defendant's appeal from the judgment of conviction entered after trial by jury before the Honorable Patty Shwartz, U.S.M.J.  The Court having heard oral argument, and reviewed the briefs and supporting documents submitted by the parties,

        IT IS on this 30th day of April, 2009

        ORDERED that Defendant/Appellant's convictions and sentence are hereby AFFIRMED.

April 30, 2009                                                    

                                              PETER G. SHERIDAN, U.S.D.J.